# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-2606
_____

United States of America

*Plaintiff - Appellee*

v.

Jason Sejnoha

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of South Dakota - Southern
_____

Submitted: December 29, 2023
Filed: January 5, 2024
[Unpublished]
_____

Before GRUENDER, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Jason Sejnoha appeals the within-Guidelines-range sentence the district court[1] imposed after he pleaded guilty to a child pornography offense pursuant to a written

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

plea agreement containing an appeal waiver. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence.

Upon careful review, we conclude that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing de novo validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcing appeal waiver if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into waiver and plea agreement, and enforcing waiver would not result in miscarriage of justice). Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal outside the scope of the appeal waiver.

Accordingly, we dismiss this appeal based on the appeal waiver, and we grant counsel's motion to withdraw.

_____